```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
                -v-                                   :
                                                      :   18-CR-873 (VSB)
RUBEN MORCIGLIO                                       :
CARLTON VANIER,                                       :        ORDER
                                                      :
                            Defendants.               :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

Having heard from the parties that they are available for trial beginning February 18, 2020, it is hereby:

ORDERED that the jury trial in this matter is scheduled to begin on February 18, 2020 at 10:00 a.m.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on Friday, January 31, 2020, at 11:00 a.m.

IT IS FURTHER ORDERED that any in limine motions shall be filed on or before January 10, 2020, with responses due on or before Janauru 17, 2020.

IT IS FURTHER ORDERED that any proposed voir dire questions, jury instructions, verdict forms or trial memoranda shall be filed on or before February 7, 2020. Two courtesy copies should be delivered to Chambers that same day. In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: November 22, 2019
       New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge