*The Law Office of*
**Kenneth J. Montgomery, PLLC**
198A Rogers Ave
Brooklyn, NY 11225
(718) 403-9261 Telephone
(917) 770-5590 Mobile
(614) 455-9261 Facsimile
kjmontgomerylaw.com

March 19, 2020

**BY ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 3/20/2020

Sentencing in this matter is hereby adjourned to June 17 at 11:00 a.m.

Re:  *United States v. Ruben Morciglio, et al.*, 18 Cr. 873 (VSB)

Your Honor:

As the Court is aware I represent Mr. Morciglio in the above-referenced case which is scheduled for sentencing May 1, 2020. At this time, I am requesting that the sentencing be rescheduled for several reasons. Although Mr. Morciglio's PSR has been completed I have been unable to review it with him because of the security lockdown at MCC and now the Covid-19 pandemic that has caused all client visits to be terminated at all BOP facilities including the MCC. I am requesting that the matter be rescheduled to any date during the third week of June. Thank you for your time and consideration in this matter.

Respectfully,

*Kenneth J. Montgomery*
Kenneth J. Montgomery