| Visit#: 000059857 117 | Service: Psychiatry | Type: Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Clinical Summary

**Health Issues:**

| | | |
|---|---|---|
| Admitting Dx: | PSYCH EVALUATION/ HIP AND SHOULDER PAIN | |
| Chronic Dx: | Difficulty controlling anger | Irritability and anger |
| | H/O: depression | Personal history of other mental and behavioral disorders |
| | History of posttraumatic stress disorder (PTSD) | Personal history of other mental and behavioral disorders |
| RegAdmittingDx: | Encntr for general psychiatric exam, requested by authority | |
| | PSYCH EVALUATION/ HIP AND SHOULDER PAIN | |
| | PSYCH EVALUATION/ HIP AND SHOULDER PAIN@Z046@ | |
| RegPrincipal Dx: | Post-traumatic stress disorder, unspecified | |
| RegSecondary Dx: | Anxiety disorder, unspecified | |
| | Personal history of other mental and behavioral disorders | |

**Allergies:**
 No Known Allergies

**Providers:**
 ED Nurse: Gantalao, Evelyn — Nursing

**Patient Comments:**
 Healthix Consent Obtained: No

**Visit Comments:**
 Financial Class: A01
 SLF

Medical Records Report — New York Presbyterian, The University Hospital of Columbia and Cornell — MORCIGLIO, RUBEN
MRN: 844 28 51
Printed: Feb-18-2020 13:22
DOB: May-14-1987

Case 1:18-cr-00873-VSB   Document 49   Filed 05/20/20   Page 2 of 16

| Visit#: 000059857 117 | Service: Psychiatry | Type: Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Documents

**Oct-10-18 22:50   ED Adult Pre-Assessment Note**                                           Nursing

**Preferred Language:**
**Preferred Language:**
Preferred Language English.

**Triage Information:**
· Triage Information        Nurse Dufort, Geraldine saw MORCIGLIO, RUBEN at 10/10/18 22:23. The patient has a chief complaint of PSYCH EVALUATION/ HIP AND SHOULDER PAIN and was triaged to a level 3. Patient was brought to treatment area.

**Travel Assessment:**
· Have you traveled outside the US in the last 21 days?   No

**Quick Triage:**
**Arrival Info:**
· Mode of Arrival        Walk In
· Accompanied by        Self

**Chief Complaint/Subjective:**
· Chief Complaint/Subjective        psych eval

**Vital Signs:**
**1) ED Vital Signs/Assessment FS:**

| Date/Time | Temperature (C) degrees C | Temperature Source | Heart Rate | SpO2 (Pulse Ox) SpO2 (Pulse Ox) (%) | Respiratory Rate, Patient (bpm) Respiratory Rate, Patient (bpm) |
|---|---|---|---|---|---|
| 10-Oct-2018 22:48 | 36.9 | Oral; Oral | 93 | 100 | 18 |
|  | NIBP Systolic | NIBP Diastolic | NIBP Mean |  |  |
|  | 120 | 69 | 85.9 |  |  |

**Mental Status:**
· Mental Status: Alert
· Alert to:: Person   Place   Time

**Pain Screen:**
· Are you having pain?        No, Numeric Pain Score - 0

**Allergies:**

| Allergen/Product | Last Modified |
|---|---|
| · No Known Allergies | 10-Oct-2018 22:50 |

· I have updated or confirmed the items in the allergy manager    Yes

**Assessment/Interventions:**
**Assessments/Interventions:**
· Breath Sounds: Clear

**Past Medical & Social History:**
**Past Medical History and Past Surgical History:**
· Past Medical History Comments:: schizophrenia

**Mandatory Screenings:**
**Primary Medical Doctor Questions:**
· Does patient have a Primary Medical Doctor?   Yes, has PMD, no changes required

**Medical Records Report** Case 1:18-cr-00873-VSB   Document 49   Filed 05/20/20   Page 3 of 16 **MORCIGLIO, RUBEN**
The University Hospital of Columbia and Cornell
MRN: 844 28 51
Printed: Feb-18-2020 13:22                                                                                                         DOB: May-14-1987

| Visit#: 000059857 117 | Service: Psychiatry | Type: Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Documents

### Falls Risk Assessment – Adult:
- Have you fallen 2 or more times in the last 12 months? No
- Are you afraid that you might fall because of balance or walking problem? No

### Abuse/Neglect/Violence:
- Any evidence of abuse/neglect/violence?: No

### Reportable Condition:
- Reportable Condition: No

### Suicide Risk Screening:
Does the patient have an admission diagnosis or complaint related to a suicide attempt, emotional or behavioral disorder? (Note - risk factors may include any history of suicide attempt, currently seeing a therapist, provider, or psychiatrist for mental health, chronic pain, current or previous problem with alcohol and/or drug use) No risk factors identified.

### Triage Comments:
- **Triage Comments:** patient presents to ED requesting psych eval. Pt released from jail x 6 days ago and has not been on meds. Denies SI, HI, AH, VH. Denies ETOH/drug use. Patient endorsed to CPEP, RN John. Escorted with security and RN for safety.

### Emergency Severity Index:
- ESI Level                3

### Electronic Signatures:
**Dindial, Melissa (Clinical Nurse I)**   (Signed 10-Oct-2018 22:52)
   *Authored:* Preferred Language, Triage Information, Travel Assessment, Quick Triage, Assessment/Interventions, Past Medical & Social History, Mandatory Screenings, Suicide Risk Screening, Triage Comments, Emergency Severity Index

*Last Updated:* 10-Oct-2018 22:52 by Dindial, Melissa (Clinical Nurse I)

| Medical Records Report | NewYork-Presbyterian<br>The University Hospital of Columbia and Cornell | MORCIGLIO, RUBEN |
|---|---|---|
| | | MRN: 844 28 51 |
| Printed: Feb-18-2020 13:22 | | DOB: May-14-1987 |

| Visit#: 000059857 117 | Service: Psychiatry | Type: Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Documents

**Oct-10-18 23:10   ED Psych Nursing Assessment**                                                                                Nursing

**Preferred Language:**
Preferred Language English (1)

**Vital Signs/Pain Screen:**
**ED Triage Vital Signs:**
**1) ED Vital Signs/Assessment FS:**
   10-Oct-2018 22:48
      Temperature (C) degrees C: 36.9
      Heart Rate: 93
      SpO2 (Pulse Ox) SpO2 (Pulse Ox) (%): 100
      Respiratory Rate, Patient (bpm) Respiratory Rate, Patient (bpm): 18
      NIBP Systolic: 120
      NIBP Diastolic: 69

**Vital Signs:**
· Dry Weight (kg): 111.13 kg

**Past Medical History:**
· Past Medical History Comments:: schizophrenia, arthritis in hips
· Barriers to Learning: No Barriers
· Past Surgeries: hip surgery 15 years ago

**Screenings:**
**Suicide Risk Screening:**
Does the patient have an admission diagnosis or complaint related to a suicide attempt, emotional or behavioral disorder? (Note - risk factors may include any history of suicide attempt, currently seeing a therapist, provider, or psychiatrist for mental health, chronic pain, current or previous problem with alcohol and/or drug use) No risk factors identified (1)

**Elder Abuse Assessment:**
Are there signs/symptoms or suspicion that make you as the clinician concerned for the safety of the elder adult? No.

**Child Abuse Assessment:**
Are there signs/symptoms or suspicion that make you as the clinician concerned for the safety of the child? No.

**Sexual Assault Assessment:**
Are there signs/symptoms or suspicion that make you as the clinician concerned for sexual assault? No.

**Intimate Partner Violence Assessment:**
Are there signs/symptoms or suspicion that make you as the clinician concerned for intimate partner violence? No.

**Alcohol/Tobacco:**
· Alcohol/Drug Use: *Uses marijuana.
· Tobacco Use/Smoking Status Current Every Day Smoker.

**Nutritional Screen:**
Has the adult patient experienced unintentional weight change >= 10 pounds over the past 6 months? No.

Does the adult or pediatric patient have any non-healing wounds and/or pressure injuries? No.

**Isolation Precautions:**
· Isolation: No

**Falls Risk Assessment:**
· Fall Risk Factors: Behavioral characteristics requiring supervision
· Falls Risk: No

**FALL RISK-Complete All Items:**
| · Fall(s) in past 7 days | 0 - No |
| · Impaired mobility and does not use Assistive Device. | 0 No |
| · Meds: Taking 1 or more sedatives | 0 - No |
| · Gender = Male | 3 - Yes |

**Medical Records Report**

NewYork-Presbyterian
The University Hospital of Columbia and Cornell

**MORCIGLIO, RUBEN**
MRN: 844 28 51
DOB: May-14-1987

Printed: Feb-18-2020 13:22

| | | |
|---|---|---|
| Visit#: 000059857 117 | Service: Psychiatry | Type: Emergency (1 days) |
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Documents

- **Impaired Cognition**  0 - No
- **Risk for BLEEDING and/or FRACTURE from e.g.**  0 - No
  anticoagulant/antiplatelet therapy, coagulopathy, decreased
  platelets-e.g.uremia
- **Other Risk Factors**  0 - NO
- **Total Fall Risk Score**  3
- **Fall-Injury Risk Level**  Low Fall-Injury risk = 6 or less

**Fall Prevention Safety Measures:**
- **Fall Prevention Safety Measures**  Orientation to immediate surroundings  Use of non-skid socks/shoes  Keep floor dry and free of barriers  Round on patient every 30 minutes and PRN

**Nursing Assessments:**
**Psychiatric Nursing Assessment:**
- **Hygiene/Grooming:** Adequate
- **Physical Appearance:** Distinguishing features  Body build  Posture
- **Distinguishing features::** groomed
- **Body Build::** medium
- **Posture::** comfortable
- **Cognitive Functioning:** Orientation, Level of Consciousness, Memory
- **Orientation:** Person  Place  Time
- **Person:** Yes
- **Place:** Yes
- **Time:** Yes
- **Level of Consciousness:** Alert  Responsive
- **Memory:** Remote  Recent  Immediate
- **Eye Contact:** Good
- **Behavior:** Apathetic
- **Activity:** Normal
- **Affect:** Reactive
- **Mood:** Euthymic
- **Speech:** Coherent
- **Thought Process:** Goal Directed
- **Thought Content:** Hallucinations  Delusions  Suicidal  Homicidal
- **Hallucinations:** denies
- **Describe hallucination:** denies
- **Delusions:** Not evident
- **Describe delusion:** not evident
- **Suicidal Ideation/Plan:** denies
- **Homicidal Ideation/Plan:** denies
- **History of Assaultive/Violent behavior:** denies
- **Criminal History:** hx of incarceration x 5 years

**Alerts:**
- **ID Band:** Yes

**Home Medications Review:**
**Home Medications Review (OMR):**
Launch Outpatient Medication Review (OMR).

Home Medications have been reviewed and saved as Complete.

**Allergies:**
**Allergies:**

| Allergen/Product | Last Modified |
|---|---|
| No Known Allergies | 10-Oct-2018 22:50 |

**Nursing Plan:**

**Medical Records Report**  NewYork-Presbyterian   **MORCIGLIO, RUBEN**
The University Hospital of Columbia and Cornell
MRN: 844 28 51
Printed: Feb-18-2020 13:22  DOB: May-14-1987

| | | |
|---|---|---|
| **Visit#:** 000059857 117 | **Service:** Psychiatry | **Type:** Emergency (1 days) |
| **Milstein Psych ED** | **Dr.:** | **Admitted:** Oct-10-2018 22:23 |

### Documents

**Nursing Plan:**
· Nursing Plan:
1. Orient pt. to unit and surroundings.
2. Provide pt. with information and resources for further treatment.
3. Address pt. concerns in a prompt and appropriate manner.

**Electronic Signatures:**
Luu, Jonathan (Clinical Nurse I)  (Signed 10-Oct-2018 23:18)
  *Authored:* Preferred Language, Vital Signs/Pain Screen, Past Medical History, Screenings, Nursing Assessments, Home Medications Review, Allergies, Nursing Plan

*Last Updated:* 10-Oct-2018 23:18 by Luu, Jonathan (Clinical Nurse I)

**References:**
1. Data Referenced From "ED Adult Pre-Assessment Note" 10/10/2018 10:50 PM

| **Medical Records Report** | NewYork-Presbyterian<br>The University Hospital of Columbia and Cornell | **MORCIGLIO, RUBEN**<br>MRN: 844 28 51 |
|---|---|---|
| Printed: Feb-18-2020 13:22 | | DOB: May-14-1987 |

| Visit#: 000059857  117 | **Service:** Psychiatry | **Type:** Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | **Dr.:** | **Admitted:** Oct-10-2018 22:23 |

### Documents

**Oct-11-18 03:11   ED Psych Resident/NP Initial Evaluation**                                                                                       Physician

**Preferred Language:**
Preferred Language English (1)

**Date/Time of Evaluation:**
· Time Seen by Me (Military Time):: 11-Oct-2018 03:12

**Psychiatric Evaluation:**
**IP/CC/HPI:**
· **Identifying Information:** This is a 31yo M living with mother, 8yo son (with mom in PA), released from Upstate Prison 5 days ago (incarcerated x 1+ year for parole violation without meds), with history of depression, anxiety, PTSD and anger/impulsivity when off medications, now presents brought in by self sent by parole officers for psychiatric evaluation and connection to care.
· **Domicile:** Private Home
· **Chief Complaint:** "My parole officer told me to come for a psych evaluation"
· **History of Presenting Illness:**
Patient reports history of depression, anxiety, PTSD and impulsive anger, previously treated with seroquel, depakote and remeron (does not know dosages). Denies prior psychiatric hospitalizations or substance abuse. He was on his medications when he was sent to Rikers over 1 year ago for a parole violation (says he was "on the run" for 24 months and so turned in). However when he was transferred to Upstate Prison they did not continue his medications, leading him to "get into fights" with impulsive anger, and to be depressed, with 1 suicide attempt via wrist cutting while in solitary confinement. He is feeling more "hopeful" since release from prison 5 days ago, not currently feeling depressed, but would like to restart his medications and be connected to care.

review of symptoms: denies substance use, suicidal ideation/homicidal ideation, auditory and visual hallucinations ever, previous manic symptoms.

**Suicidality:**
In the last 48 hours/1 month, were things ever so bad that you had thoughts that life was not worth living or that you would be better off dead? No.

In the last 48 hours/1 month have you had thoughts of suicide? No.

Does the patient have access to a firearm? No.

Does the patient appear to be answering questions honestly and fully? Yes.

**Current Medications:**
*Outpatient Medication Status not yet specified*

**Past Psychiatric History:**
Treatment Course and Response: PTSD
Depression
Anxiety

1 prior suicide attempt via wrist cutting while incarcerated
No current psychiatric treatment
Most recent medications 1 yr ago: depakote, remeron, seroquel (dosages unknown), last prescribed at Rikers.

**Additional Social History:**
· Additional Social History:
From NY, lives with mother since release from prison 5 days ago. Incarcerated for >1 year, first at Rikers, then at Upstate Prison. Has 8yo son who lives in PA. Unemployed.

**Past History of Suicidality:**
Yes.

suicide attempt via wrist cutting while in solitary confinement.

**Past History of Violence:**
Yes.

fighting in prison when off meds.

**Past History of Legal Issues:**
Yes.

**Medical Records Report**        NewYork-Presbyterian        **MORCIGLIO, RUBEN**
The University Hospital of Columbia and Cornell        MRN: 844 28 51
Printed: Feb-18-2020 13:22        DOB: May-14-1987

| | | |
|---|---|---|
| **Visit#:** 000059857 117 | **Service:** Psychiatry | **Type:** Emergency (1 days) |
| Milstein Psych ED | **Dr.:** | **Admitted:** Oct-10-2018 22:23 |

## Documents

incarcerated multiple times, most recently x 1+ year for parole violation.

**Allergies:**
- No Known Allergies:

**Medical History:**
- **Past Medical History:** Non-contributory

**Physical Exam:**
- **Physical Exam done by ED MD**    No...
- **General:**    NAD  Non toxic
- **Eyes:**    PERRLA
- **CV:**    RRR  No murmurs  No gallops  No rubs
- **Lungs:**    CTA  No wheezes  No rhonchi  No rales
- **GI:**    Soft  Non-tender
- **MSKL - Head/Neck:**    Atraumatic
- **MSKL - Ext:**    FROM
- **Neuro:**    Alert  Gait WNL  Cranial nerves II-XII intact

**Substance Abuse/Dependence:**
- **Drug/Alcohol Assessment:** denies

**Mental Status Exam:**
General Appearance: adequate.

Hygiene: adequate.

Grooming: appropriate.

Attention: good.

Attitude: cooperative.

Activity: normal.

Speech: normal.

Mood: "good".

Affect: full.

Thought Process: goal directed.

Thought Content-Delusions: not evident. Homicidal Ideation: not present.

Suicidal Ideation: not present.

Perceptions-Hallucinations: not evident.

**Cognitive Exam:**
- **Orientation:** Person, Place, Time

**Formulation:**
This is a 31yo M living with mother, 8yo son (with mom in PA), released from Upstate Prison 5 days ago (incarcerated x 1+ year for parole violation without meds), with history of depression, anxiety, PTSD and anger/impulsivity when off medications, now presents brought in by self sent by parole officers for psychiatric evaluation and connection to care.

**Medical Records Report**

NewYork-Presbyterian
The University Hospital of Columbia and Cornell

**MORCIGLIO, RUBEN**
MRN: 844 28 51

Printed: Feb-18-2020 13:22

DOB: May-14-1987

| Visit#: 000059857 117 | Service: Psychiatry | Type: Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

### Documents

On exam, pt is euthymic, calm, not endorsing any psychiatric symptoms, but requesting connection to care and restarting his previous medications, which he said helped him to control impulsive agressive behavior. Given his recent discharge from prison, he is relatively high risk and would benefit from connection to care. Will hold overnight for appropriate referrals.

**Diagnosis:**
Diagnosis: Difficulty controlling anger

History of posttraumatic stress disorder (PTSD)

H/O: depression.

**Initial Treatment Plan:**
Medication Plan - defer starting medications, will attempt to get medication list from rikers if possible
- will require connection to outpatient care
- no indication for 1:1.

**Attending Attestation:**
**Attending Attestation:**
Time Seen (Military Time): 05:52 Date: 11-Oct-2018.

I saw and evaluated the patient and reveiwed the notes of (resident's name): Dr. Harrington-Knopf. I agree with the history, physical exam and medical decision making with the following additions/exceptions/observations: 31yo male, living with mother, father of an 8yo son (with mom in PA), released from Upstate Prison 5 days ago (incarcerated x 1+ year for parole violation without meds), with history of depression, anxiety, PTSD and anger/impulsivity when off medications, BIB self sent by parole officers for psychiatric evaluation and connection to care to restart his previous medication.

Given his recent discharge from prison and not being on his medication for 5 days he is relatively high risk and would benefit from connection to care. Will hold overnight for appropriate referrals in the AM.

**Electronic Signatures:**
Bashayan, Omar (MD) (Signed 11-Oct-2018 05:56)
    **Authored:** Attending Attestation
Harrington-Knopf, Jennifer Suzanne (MD) (Signed 11-Oct-2018 03:27)
    **Authored:** Preferred Language, Date/Time of Evaluation:, Psychiatric Evaluation

*Last Updated:* 11-Oct-2018 05:56 by Bashayan, Omar (MD)

**References:**
1. Data Referenced From "ED Psych Nursing Assessment" 10/10/2018 11:10 PM

| Medical Records Report | NewYork-Presbyterian<br>The University Hospital of Columbia and Cornell | MORCIGLIO, RUBEN |
|---|---|---|
| | | MRN: 844 28 51 |
| Printed: Feb-18-2020 13:22 | | DOB: May-14-1987 |

| Visit#: 000059857  117 | Service: Psychiatry | Type: Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Documents

**Oct-11-18 12:02   ED Psych Social Services Progress Note**　　　　　　　　　　Social Worker/Care Manager

**Preferred Language:**
Preferred Language English [1]

**Progress Note:**
**Progress Note:**
· **Social Work Intervention**　　　　　　　　Collateral Information
· **Comment:**
CPEP SW NOTE:

Writer reviewed the pt's clinical data and discussed the pt's case this AM rounds.

Writer attempted to phone pt's reported parole office, Ms. Nunes (718-402-5320.) Phone rang for two minutes without the option to leave a vm.

CPEP NP updated.

**Electronic Signatures:**
**Rastelli, Vito (Social Worker)** (Signed 11-Oct-2018 12:03)
　　　　*Authored:* Preferred Language, Progress Note

*Last Updated:* 11-Oct-2018 12:03 by Rastelli, Vito (Social Worker)

**References:**
1. Data Referenced From "ED Psych Resident/NP Initial Evaluation" 10/11/2018 03:11 AM

**Medical Records Report**   NewYork-Presbyterian   **MORCIGLIO, RUBEN**
The University Hospital of Columbia and Cornell
MRN: 844 28 51
Printed: Feb-18-2020 13:22   DOB: May-14-1987

| | | |
|---|---|---|
| Visit#: 000059857 117 | Service: Psychiatry | Type: Emergency (1 days) |
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Documents

**Oct-11-18 12:59   ED Psych Resident/NP Adult Daily Progress Note**   NP

**Date/Time of Evaluation:**
· Time Seen by Me (Military Time):: 11-Oct-2018 13:00

**Interval History:**
· Interval History:

Chart reviewed. Case discussed with Dr. Fuchs, psychiatric MD attending. Please see prior notes and chart for further details. In brief, as per prior notes, this is a 31yo M living with mother, 8 year-old son (with mom in PA), released from Upstate Prison 5 days ago (incarcerated x 1+ year for parole violation without meds), with history of depression, anxiety, PTSD and anger/impulsivity when off medications, now presents brought in by self sent by parole officers for psychiatric evaluation and connection to care."reports history of depression, anxiety, PTSD and impulsive anger, previously treated with seroquel, depakote and remeron (does not know dosages). Denies prior psychiatric hospitalizations or substance abues. He was on his medications when he was sent to Rikers over 1 year ago for a parole violation (says he was "on the run" for 24 months and go turned in). However when he was transferred to Upstate Prison they did not continue his medications, leading him to "get into fights" with impulsive anger, and to be depressed, with 1 suicide attempt via wrist cutting while in solitary confinement. He is feeling more "hopeful" since release from prison 5 days ago, not currently feeling depressed, but would like to restart his medications and be connected to care."

Patient remained in behavioral control. No behavioral issues overnight. Today, on exam, he is calm and cooepartive. He reports has been incarcerated and then transferred to another prison, and has not been on medications since 12/2017. He states when transferred to another prison stopped taking medications becuase of the stigma in prison for people who are taking psychiatric medications. He admits to "smoking a lot of pot while in prison". He is now interested in getting back to treatment and is asking for referral to outpatient clinic, and substance abuse clinic. He continue sto deny any psychiatric issues at this time. He states he is hopeful will get help. He denies depressive neurovegetative symptoms, denies manic symptoms, denies psychotic symptoms, he denies suicidal ideation / homicidal ideation / auditory hallucinations / visual hallucinations / paranoid ideation. He is requesting referrals to outpatient care.

**Vital Signs:**
**ED Triage Vital Signs/Pain Assessment:**
**ED Psych Vital Signs/Assessment FS:**
   10-Oct-2018 23:10
      Dry Weight (kg) Dry Weight (kg): 111.13
   11-Oct-2018 10:49
      Temperature (C) degrees C: 36.4
      Heart Rate: 82
      Respiratory Rate, Patient (bpm) Respiratory Rate, Patient (bpm): 18
      SpO2 (Pulse Ox) SpO2 (Pulse Ox) (%): 97
      NIBP Systolic: 128
      NIBP Diastolic: 76
      BP Means of Measurement: Automatic
      Position: Standing

**Mental Status:**
**Mental Status:**
General Appearance/Behaviors/Physical/Speech: Fairly groomed male with good eye contact, calm controlled, no psychomotor agitation / no psychomotor retardation. Speech: normal rate, volume and prosody.

Mood: "Good, hopeful".

Affect: full.

Thought pattern/process: goal-directed.

Thought content: denies delusions.

Perception: Denies auditory or visual hallucinations and does not appear to be responding to internal stimuli.

Suicidal Ideation/Homicidal Ideation: Denies suicidal ideation passive or active or homicidal ideation.

**Medical Records Report**  NewYork-Presbyterian  **MORCIGLIO, RUBEN**
The University Hospital of Columbia and Cornell  MRN: 844 28 51
Printed: Feb-18-2020 13:22  DOB: May-14-1987

Visit#: 000059857 117  Service: Psychiatry  Type: Emergency (1 days)
Milstein Psych ED  Dr.:  Admitted: Oct-10-2018 22:23

## Documents

Insight and Judgement: Fair as he is help seeking.

Impulse Control: In good behavioral control while in the emergency department.

Cognition: grossly intact.

**Formulation:**
**Formulation:**
31yo M living with mother, 8yo son (with mom in PA), released from Upstate Prison 5 days ago (incarcerated x 1+ year for parole violation without meds), with history of depression, anxiety, PTSD and anger/impulsivity when off medications, now presents brought in by self sent by parole officers for psychiatric evaluation and connection to care. On exam, patient is euthymic, calm, not endorsing any psychiatric symptoms, but requesting connection to care and restarting his previous medications, which he said helped him to control impulsive agressive behavior in the past. Given his recent discharge from prison, he is relatively high risk and would benefit from connection to care. He was held overnight. No behavioral issues overnight, remained in behavioral control. On re-exam, continues to deny suicidal ideation / homicidal ideation / auditory hallucinations / visual hallucinations / paranoid ideation, and requesting referrals to outpatient clinics.

**Diagnosis:**
Diagnosis: History of posttraumatic stress disorder (PTSD)

H/O: depression.

**Treatment Plan:**
· **Treatment Plan:** -Follow-up with your appointment at The Argus Community Program on 10/18/2018 at 3:00 PM
   Argus Outpatient Program
   507 West 145th Street
   New York, NY 10031
   Central Intake: (212) 234-1660

-Feel free to use walk-in mental health services at the Metropolitan Hospital Outpatient psychiatry clinic (see paperwork attached to your discharge summary): Located on the first floor of the Behavioral Health Pavilion, at Second Avenue and 99th Street, the Walk-in Evaluation unit provides individuals with mental health assessments to determine what treatment best suits their needs. The unit is open weekdays from 8:30 a.m. to 5 p.m. Individuals requiring service after 5 p.m. or on weekends or holidays can seek assistance at the Psychiatric Emergency Room, located in the Hospital's Main Building, in Room 1A19. For more information, call 212-423-6528 or 212-423-6529.

-Feel free to explore handout regarding The Osborne Association services (see paperwork attached to your discharge summary) for formerly incarcerated individuals.

**Attending Attestation:**
**Attending Attestation:**
Time Seen (Military Time): 14:07 Date: 11-Oct-2018.

**Discharge Information:**
*No Current Medications as of 10-Oct-2018 23:18 documented in Structured Notes*
*No Current Medications as of 10-Oct-2018 23:18 documented in Structured Notes*
**Medication Reconciliation:**
* I have made a good faith effort to review this patient's home medications. In addition, I have reviewed all medications given during this visit and all new prescriptions.

**I-STOP: Prescription Monitoring Program**
3. I am not entering a prescription for any schedule II, III or IV drugs to this patient.

**NYP I-STOP:**
This patient is at NewYork-Presbyterian Hospital. Practitioners who have or will prescribe, order or administer Schedule II, III, or IV controlled substances for this patient for use during this ED visit or, if admitted on the premises as a result of this visit, are not required to consult the NYS Prescription Monitoring Program (PMP) Registry.

**Clinically Pertinent Events During This ER Visit:**
Restraint: No.

| Medical Records Report | NewYork-Presbyterian<br>The University Hospital of Columbia and Cornell | MORCIGLIO, RUBEN |
|---|---|---|
| | | MRN: 844 28 51 |
| Printed: Feb-18-2020 13:22 | | DOB: May-14-1987 |

| Visit#: 000059857  117 | Service: Psychiatry | Type: Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Documents

Seclusion: No.

Adverse Drug Reaction: No.

Assault: No.

Self-Harm: No.

**Final Disposition:**
· **Disposition:** Discharged
· **To::** Home
· **ED Follow up Instructions::**
NewYork Presbyterian Hospital/Columbia University Medical Center would like to thank you for allowing us to assist you with your healthcare needs.

Please Follow-up with your appointment at The Argus Community Program on 10/18/2018 at 3:00 PM
Argus Outpatient Program
507 West 145th Street
New York, NY 10031
Central Intake: (212) 234-1660

-Feel free to use walk-in mental health services at the Metropolitan Hospital Outpatient psychiatry clinic (see paperwork attached to your discharge summary): Located on the first floor of the Behavioral Health Pavilion, at Second Avenue and 99th Street, the Walk-in Evaluation unit provides individuals with mental health assessments to determine what treatment best suits their needs. The unit is open weekdays from 8:30 a.m. to 5 p.m. Individuals requiring service after 5 p.m. or on weekends or holidays can seek assistance at the Psychiatric Emergency Room, located in the Hospital's Main Building, in Room 1A19. For more information, call 212-423-6528 or 212-423-6529.

-Feel free to explore handout regarding The Osborne Association services (see paperwork attached to your discharge summary) for formerly incarcerated individuals.

**Electronic Signatures:**
**Fuchs, Brian (MD)** (Signed 11-Oct-2018 14:07)
    *Authored:* Attending Attestation, Discharge Information
**Miller, Amnona B (NP)** (Signed 11-Oct-2018 13:40)
    *Authored:* Date/Time of Evaluation, Interval History, Vital Signs, Mental Status, Formulation, Treatment Plan

*Last Updated:* 11-Oct-2018 14:07 by Fuchs, Brian (MD)

| Medical Records Report | NewYork-Presbyterian<br>The University Hospital of Columbia and Cornell | MORCIGLIO, RUBEN |
|---|---|---|
| | | MRN: 844 28 51 |
| Printed: Feb-18-2020 13:22 | | DOB: May-14-1987 |

| Visit#: 000059857 117 | Service: Psychiatry | Type: Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Documents

**Oct-11-18 13:24   ED Psych Social Services Progress Note**                                      Social Worker/Care Manager

**Preferred Language:**
Preferred Language English [1]

**Progress Note:**
**Progress Note:**
· Social Work Intervention                                     Discharge Planning
· Comment:
CPEP SW NOTE:

Writer reviewed the pt's clinical data and discussed the pt's case the AM rounds.

Pt is slated for DC.

DC PLAN:
-Follow-up with your appointment at The Argus Community Program on 10/18/2018 at 3:00 PM

Argus Outpatient Program
507 West 145th Street
New York, NY 10031
Central Intake: (212) 234-1660

-Feel free to use walk-in mental health services at the Metropolitan Hospital Outpatient psychiatry clinic (see paperwork attached to your discharge summary): Located on the first floor of the Behavioral Health Pavilion, at Second Avenue and 99th Street, the Walk-in Evaluation unit provides individuals with mental health assessments to determine what treatment best suits their needs. The unit is open weekdays from 8:30 a.m. to 5 p.m. Individuals requiring service after 5 p.m. or on weekends or holidays can seek assistance at the Psychiatric Emergency Room, located in the Hospital's Main Building, in Room 1A19. For more information, call 212-423-6528 or 212-423-6529.

-Feel free to explore handout regarding The Osborne Association services (see paperwork attached to your discharge summary) for formerly incarcerated individuals.

CPEP NP updated.

**Electronic Signatures:**
Rastelli, Vito (Social Worker)  (Signed 11-Oct-2018 13:30)
       *Authored:* Preferred Language, Progress Note

*Last Updated:* 11-Oct-2018 13:30 by Rastelli, Vito (Social Worker)

**References:**
1. Data Referenced From "ED Psych Social Services Progress Note" 10/11/2018 12:02 PM

**Medical Records Report** — NewYork-Presbyterian / The University Hospital of Columbia and Cornell — **MORCIGLIO, RUBEN**

MRN: 844 28 51
Printed: Feb-18-2020 13:22
DOB: May-14-1987

| Visit#: 000059857 117 | Service: Psychiatry | Type: Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Documents

### Oct-11-18 14:37    ED Psych RN Discharge Note                                Nursing

**Preferred Language:**
Preferred Language English [1]

**Discharge Note:**
**Time:**
· Time of Discharge/Transfer: 14:35

**Vital Signs:**
· Temperature (C): 36.5 degrees C
· Temperature Source: Oral
· Heart Rate: 79
· Respiratory Rate, Patient (bpm): 18
· SpO2 (Pulse Ox): 100
· O2 Source: Room air
· NIBP Systolic: 121
· NIBP Diastolic: 80
· Source: Cuff LA
· BP Means of Measurement: Automatic
· Position: Sitting
· NIBP Mean: 93 mm Hg

**Disposition:**
· Disposition: Discharged [2]
· To:: Home [2]
· ED Follow up Instructions::
NewYork Presbyterian Hospital/Columbia University Medical Center would like to thank you for allowing us to assist you with your healthcare needs.

Please Follow-up with your appointment at The Argus Community Program on 10/18/2018 at 3:00 PM
Argus Outpatient Program
507 West 145th Street
New York, NY 10031
Central Intake: (212) 234-1660

-Feel free to use walk-in mental health services at the Metropolitan Hospital Outpatient psychiatry clinic (see paperwork attached to your discharge summary): Located on the first floor of the Behavioral Health Pavilion, at Second Avenue and 99th Street, the Walk-in Evaluation unit provides individuals with mental health assessments to determine what treatment best suits their needs. The unit is open weekdays from 8:30 a.m. to 5 p.m. Individuals requiring service after 5 p.m. or on weekends or holidays can seek assistance at the Psychiatric Emergency Room, located in the Hospital's Main Building, in Room 1A19. For more information, call 212-423-6528 or 212-423-6529.

-Feel free to explore handout regarding The Osborne Association services (see paperwork attached to your discharge summary) for formerly incarcerated individuals. [2]

**Discharge/Transfer with:**
· Discharge Transportation Mode                          Walking

**Discharge/ Transferrerd with:**
· Discharged/Transferred with: Family/Significant other with girlfriend
· Personal belongings: given

**Prescription Given:**
**Medications:**
*Patient Currently Takes Medications as of 11-Oct-2018 14:09 documented in Structured Notes
SEROquel 50 mg oral tablet: 1 tab(s) orally once a day (at bedtime) x 10 days -*Route Not Applicable - Indication: mood stability, Status: Active, Quantity: 10, Refills: None

**Patient Instructions:**
**Discharge Follow up Plan:**
· ED Follow up Instructions::
NewYork Presbyterian Hospital/Columbia University Medical Center would like to thank you for allowing us to assist you with your healthcare needs.

| Medical Records Report | NewYork-Presbyterian<br>The University Hospital of Columbia and Cornell | MORCIGLIO, RUBEN |
|---|---|---|
| | | MRN: 844 28 51 |
| Printed: Feb-18-2020 13:22 | | DOB: May-14-1987 |

| Visit#: 000059857  117 | Service: Psychiatry | Type: Emergency (1 days) |
|---|---|---|
| Milstein Psych ED | Dr.: | Admitted: Oct-10-2018 22:23 |

## Documents

Please Follow-up with your appointment at The Argus Community Program on 10/18/2018 at 3:00 PM
Argus Outpatient Program
507 West 145th Street
New York, NY 10031
Central Intake: (212) 234-1660

-Feel free to use walk-in mental health services at the Metropolitan Hospital Outpatient psychiatry clinic (see paperwork attached to your discharge summary): Located on the first floor of the Behavioral Health Pavilion, at Second Avenue and 99th Street, the Walk-in Evaluation unit provides individuals with mental health assessments to determine what treatment best suits their needs. The unit is open weekdays from 8:30 a.m. to 5 p.m. Individuals requiring service after 5 p.m. or on weekends or holidays can seek assistance at the Psychiatric Emergency Room, located in the Hospital's Main Building, in Room 1A19. For more information, call 212-423-6528 or 212-423-6529.

-Feel free to explore handout regarding The Osborne Association services (see paperwork attached to your discharge summary) for formerly incarcerated individuals.
· **Comments:** condition stable , d/c'd with instructions including where to get his meds, verbalized understanding, personal belongings given , escorted to area d bathroom to change , left ambulatory and in no distress accompanied by his girlfriend.

**Patient Statement:**
The above instructions have been explained and given to me. I have also received the discharge notice on behalf of myself as the patient or as the representative of the patient..

**Discharge Patient:**
Discharge Patient Yes.

**Electronic Signatures:**
<u>Gantalao, Evelyn (Clinical Nurse I)</u> (Signed 11-Oct-2018 14:47)
　　　　*Authored:* Preferred Language, Discharge Note, Prescription Given, Patient Instructions, Discharge Patient

*Last Updated:* 11-Oct-2018 14:47 by Gantalao, Evelyn (Clinical Nurse I)

**References:**
1. Data Referenced From "ED Psych Social Services Progress Note" 10/11/2018 01:24 PM
2. Data Referenced From "ED Psych Resident/NP Adult Daily Progress Note" 10/11/2018 12:59 PM