# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

September 1, 2020

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11201

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.
>
> Sentencing in this matter is hereby adjourned to October 16, 2020 at 10:00 a.m.

**RE: United States v. Ruben Morciglio**
**Criminal Docket 18 Cr. 873 (VSB)**

Dear Judge Broderick:

    This letter is written to request an sentencing adjournment to the week of October 5th. I have spoken to the Government and they do not oppose my request.

    Thank you for your time and consideration to this matter.

    Respectfully,
    *Kenneth J. Montgomery*
    *Attorney for Ruben Morciglio*
    198 Rogers Avenue
    Brooklyn, New York 11225