UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

RUBEN MORCIGLIO,

                Defendant.

**ORDER**

S1 18-CR-873 (VSB)

---

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that Defendant Ruben Morciglio requires the assistance of counsel for ancillary matters related to this district court proceeding. Accordingly, the Clerk of Court is respectfully directed to locate counsel for Morciglio in accordance with the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

SO ORDERED.

Dated:   July 18, 2022
           New York, New York

                                                                  Vernon S. Broderick