UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                           :

UNITED STATES OF AMERICA,          :

                                          Plaintiff   :

                                                     :              18-CR-873 (VSB)

                      -against-                 :

                                                   :              **ORDER**

RUBEN MORCIGLIO,                      :

                                                   :

                                     Defendant.  :

                                                   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       The Court is in receipt of Defendant's pro se letter asking whether he qualifies for a 2-point reduction under Amendment 821.[1] (Doc. 107.) Additionally, the Probation Office prepared an Amended Presentence Report ("Amended PSR") analyzing whether Defendant is eligible for a sentence reduction pursuant to U.S.S.G. §1B1.10 and 18 U.S.C. § 3582(c)(2). (Doc. 108 at 1 n.1.) In the Amended PSR, the Probation Office stated that Defendant "is eligible for the status point recalculation" but "is precluded from the zero-point offender offense level reduction pursuant to U.S.S.G. § 4C1.1." (*Id.* at 2–3.) The Amended PSR concluded that Defendant "is precluded from a sentence reduction because the Total Offense Level and Criminal History Category do not change as a result of these guideline amendments." Accordingly, it is hereby:

       ORDERED that, to the extent Defendant's pro se letter, (Doc. 107), is a motion for a sentence reduction under Amendment 821, it is DENIED.

       The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.

---

[1] Defendant asks: "Do I qualify for the 2 point reduction under A-21?" (Doc. 107.) The Court presumes that Defendant is asking whether he qualifies under Amendment 821.

SO ORDERED.

Dated:     July 16, 2025
             New York, New York

_____
Vernon S. Broderick
United States District Judge